IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CRIMINAL NO. 1:02CR105

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| GLEN RANDELL RATHBONE ) | |

**THIS MATTER** is before the Court on motion of Defendant's counsel to withdraw the motion to reduce sentence filed May 7, 2009.

For the reasons stated in the motion to withdraw,

**IT IS, THEREFORE, ORDERED** that counsel's motion to withdraw the motion for reduction of sentence filed May 7, 2009, is **ALLOWED**, and such pleading is hereby deemed withdrawn.

Signed: May 12, 2009

Lacy H. Thornburg
United States District Judge